– 1 –

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| VIEN-PHUONG THI HO,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTRYWIDE HOME LOANS, INC. a California Corporation, BANK OF AMERICA, a North Carolina Corporation, ReconTrust Company, NA., Does 1 thru 10<br><br>　　　　　　Defendants. | No.: C10 – 00741 GW (SSx)<br><br>Honorable George H. Wu<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:　　　　July 8, 2010<br>Time:　　　　8:30 a.m.<br>Courtroom:　　10<br><br>FAC Filed:　　May 3, 2010 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –

The Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendants Countrywide Home Loans, Inc., BAC Home Loans Servicing, LP (erroneously sued as "Bank of America Home Loans") and ReconTrust Company, N.A. (collectively "Defendants"), in the above-captioned action, came on for hearing on July 8, 2010, at 8:30 a.m., in Courtroom 10 of the above-entitled Court, the Honorable George H. Wu presiding. Appearances were as stated in the record.

After consideration of the pleadings, briefs and oral argument presented, as well as all other matters presented to the Court, and good cause having been shown, the Court finds as follows:

The Court finds that Plaintiff's First Amended Complaint fails to state a claim upon which relief can be granted. The Court therefore GRANTS Defendants' Motion to Dismiss pursuant to Rule 12(b)(6).

Plaintiff is granted leave to amend with respect to only the following claims:
1. Fraud;
2. Rescission;
3. Quiet title;
4. Trespass to real property;
5. the Racketeer Influenced and Corrupt Organizations (RICO) Act;
6. Deceptive trade practices for alleged violations of California Business and Professions Code Sections 17200 and 17500; and
7. the Real Estate Settlement Procedures Act (RESPA) Section 2605.

Should Plaintiff wish to later assert any additional claims into her case, she will be required to file an affirmative motion seeking leave to amend consistent with the Federal Rules of Civil Procedure 15(a)(2) and 16(b)(4), as applicable.

– 3 –

1   Plaintiff shall serve her Second Amended Complaint by August 9, 2010.

**IT IS SO ORDERED**.

DATED: July 13, 2010

_____
Honorable George H. Wu
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT