UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-741-GW(SSx) | Date | August 17, 2010 |
|---|---|---|---|
| Title | *Vien-Phuong Thi Ho v. Countywide Home Loans, Inc./Bank of America Home Loans, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Vien-Phuong Thi Ho, in pro per | Thuy N. Tran |

**PROCEEDINGS:**     **(IN CHAMBERS) COURT ORDER**

The Court, on its own motion, continues the time to appear on Plaintiff's Motion for Reconsideration, filed on July 23, 2010, and presently set for August 23, 2010, from 8:30 to **1:30 p.m.**

:

Initials of Preparer   JG