1  Carolee A. Hoover (SBN 282018)
   choover@mcguirewoods.com
2  Anthony Q. Le (SBN 300660)
   ale@mcguirewoods.com
3  **MCGUIREWOODS LLP**
   Two Embarcadero Center, Suite 1300
4  San Francisco, CA 94111
   Telephone: (415) 844-9944
5  Facsimile: (415) 844-9922

6  Attorneys for Defendants
   *Bank of America, N.A. (erroneously sued as
7  Bank of America Corporation, Bank of America
   Home Loans Servicing, LP, and Bank of
8  America Home Loans, Inc.); Countrywide
   Home Loans, Inc.; and ReconTrust Company, N.A.*

9  Nicolette Glazer
   nicolette@glazerandglazer.com
10 **Law Offices of Larry R. Glazer**
   Watt Plaza
11 1875 Century Park East #700
   Century City, California 90067
12 Telephone: (310) 407-5353
   Facsimile: (310)
13
   Attorneys for Plaintiff
14 Vien Thuong Thi Ho

15

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| 19  VIEN THUONG THI HO | CASE NO. 2:10-cv-00741 GW (SSx) |
| 20         Plaintiff, | |
| 21  vs. | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| 22 | |
| 23  RECONTRUST COMPANY, N.A., et al. | **[Discovery Document: Referred to Magistrate Judge Suzanne H. Segal]** |
| 24 | |
| 25         Defendants. | |

26

27

28

ORDER

The Court, having reviewed and considered the STIPULATED PROTECTIVE ORDER (the "Stipulation") between Plaintiff Vien Thuong Thi Ho ("Plaintiff") and Defendants Bank of America, N.A. ("BANA"), as Bank of America Corporation, Bank of America Home Loans Servicing, LP, Bank of America Home Loans, Inc., Countrywide Home Loans, Inc. ("Countrywide"), and ReconTrust Company, N.A. ("ReconTrust") (collectively, BANA, Countrywide, and ReconTrust are referred to as "Defendants"), and good cause appearing,

**THE COURT HEREBY ORDERS** that:

This Stipulation is APPROVED;

**IT IS SO ORDERED**

DATED: 4/05/18    By: _____/S/_____
                        Hon. Suzanne H. Segal
                        United States Magistrate Judge