JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIEN THUONG THI HO<br><br>Plaintiff,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A., et al.<br><br>Defendants. | CASE NO. CV 10-741-GW-SSx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Honorable George H. Wu |

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court has reviewed the Joint Stipulation for Dismissal of Entire Action |
| 3 | with Prejudice (the "Stipulation") filed by Plaintiff Vien Thuong Thi Ho |
| 4 | ("Plaintiff") and Defendants Bank of America, N.A. (erroneously sued as Bank of |
| 5 | America Corporation, Bank of America Home Loans Servicing, LP, and Bank of |
| 6 | America Home Loans, Inc.), Countrywide Home Loans, Inc. and ReconTrust |
| 7 | Company, N.A. (collectively, "Defendants"). |
| 8 | IT IS HEREBY ORDERED, in accordance with the Parties' Stipulation, that |
| 9 | the entire above-referenced action against all Defendants is hereby dismissed with |
| 10 | prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Pursuant to |
| 11 | the Parties' Stipulation, each party shall bear their own respective attorneys' fees |
| 12 | and costs incurred in this action. |

**IT IS SO ORDERED.**

DATED: December 18, 2018

*/s/ George H. Wu*
HONORABLE GEORGE H. WU
United States District Judge